and *Messrs. Claude R. Branch* and *Wm. H. Riley, Jr.,* for the United States.

No. 713. SCONYERS *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Forrest McCutcheon* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch* and *Harry S. Ridgely* for the United States.

No. 720. SCALA ET AL. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Elwood G. Godman* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *W. Marvin Smith* for the United States.

No. 728. GIDLEY *v.* CHICAGO SHORT LINE RY. Co. March 28, 1932. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Charles C. Spencer* for petitioner. *Messrs. Kemper K. Knapp, Wm. Beye,* and *Paul R. Conaghan* for respondent.

No. 732. M. BERNSTEIN & SONS. *v.* UNITED STATES. March 28, 1932. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Messrs. Albert MacC. Barnes* and *Robert Szold* for petitioner. *Solicitor General Thacher, Assistant Attorney General Lawrence,* and *Mr. Claude R. Branch* for the United States.